# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN MERHOLZ, and MELVYN KLEIN, Derivatively On Behalf Of WORLD WRESTLING ENTERTAINMENT, INC., | : : : : | CASE NO. 3:20-CV-00557-VAB |
| Plaintiffs, | : : | |
| v. | : : | |
| VINCENT K. MCMAHON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON, | : : : : : : : : | |
| Defendants, | : : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : : : | |
| Nominal Defendant. | : | JULY 2, 2020 |
| DANIEL KOOI, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC., | : : : : | CASE NO. 3:20-CV-00743-VAB |
| Plaintiff, | : : | |
| v. | : : | |
| VINCENT K. MCMAHON, FRANK A. RIDDICK III, JEFFREY R. SPEED, PATRICIA A. GOTTESMAN, STUART U. GOLDFARB, LAUREEN ONG, PAUL LEVESQUE, ROBYN W. PETERSON, STEPHANIE MCMAHON, MAN JIT SINGH, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON | : : : : : : : : : | |
| Defendants. | : : | |

-2-

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC. | : <br> : <br> : |
| Nominal Defendant. | : JULY 2, 2020 |

| | |
|---|---|
| RODNEY NORDSTROM, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC., | : CASE NO. 3:20-CV-00904-CSH <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| VINCENT K. MCMAHON, GEORGE A. BARRIOS, MICHELLE D. WILSON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, and PATRICIA A. GOTTESMAN, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants, | : <br> : |
| WORLD WRESTLING ENTERTAINMENT, INC., | : <br> : <br> : |
| Nominal Defendant. | : JULY 2, 2020 |

## DEFENDANTS' MOTION TO CONSOLIDATE CASES

Pursuant to Federal Rule of Civil Procedure 42(a), Defendants Vincent K. McMahon, George A. Barrios, Michelle D. Wilson, Stephanie McMahon, Paul Levesque, Frank A. Riddick, III, Stuart U. Goldfarb, Laureen Ong, Robyn W. Peterson, Man Jit Singh, Jeffrey R. Speed, Alan M. Wexler, and Patricia A. Gottesman ("Defendants") and Nominal Defendant World Wrestling Entertainment, Inc. ("WWE") hereby move to consolidate the cases captioned *Merholz et al. v. McMahon*, *et al.*, No. 3:20-cv-00557-VAB (D. Conn.) (the "*Merholz* Action"), *Kooi v. McMahon*, *et al.*, No. 3:20-CV-00743-VAB (D. Conn.) (the "*Kooi* Action"), and *Nordstrom v.*

-3-

*McMahon, et al.*, No. 3:20-CV-00904-CSH (D. Conn.) (the "*Nordstrom* Action") before the Honorable Victor A. Bolden. Defendants are cross-filing this motion in all three actions.

As set forth more fully in the accompanying Memorandum of Law in support of this motion, the *Merholz* Action, the *Kooi* Action, and the *Nordstrom* Action should be consolidated because they are nearly identical shareholder derivative lawsuits asserting essentially the *same* claims against the *same* Defendants based on the *same* factual allegations. Consolidation is appropriate because these actions involve common questions of fact and law, and consolidation will serve the interests of judicial economy and avoid unnecessary costs.

WHEREFORE, the Court should grant Defendants' motion to consolidate and consolidate the *Merholz* Action, the *Kooi* Action, and the *Nordstrom* Action for all purposes.

DEFENDANTS VINCENT K. MCMAHON, GEORGE A. BARRIOS, MICHELLE D. WILSON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, PATRICIA A. GOTTESMAN, and NOMINAL DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.,

By: */s/ Jeffrey P. Mueller*
Jeffrey P. Mueller (ct27870)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-0100
Fax: (860) 275-0343
Email: jmueller@daypitney.com

Jerry S. McDevitt *(pro hac vice)*
Curtis B. Krasik *(pro hac vice)*
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue

        Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
Email: jerry.mcdevitt@klgates.com
Email: curtis.krasik@klgates.com

Stephen G. Topetzes (*pro hac vice*)
Theodore L. Kornobis (*pro hac vice*)
K&L GATES LLP
1601 K Street, NW
Washington, DC 20006
Phone: (202) 778-9000
Fax: (202) 778-9100
Email: stephen.topetzes@klgates.com
Email: ted.kornobis@klgates.com

## CERTIFICATION OF SERVICE

      I hereby certify that, on July 2, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        */s/ Jeffrey P. Mueller*
        Jeffrey P. Mueller (ct27870)