## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN MERHOLZ, and MELVYN KLEIN, Derivatively On Behalf Of WORLD WRESTLING ENTERTAINMENT, INC., | : : : : | CASE NO. 3:20-CV-00557-VAB |
| Plaintiffs, | : : | |
| v. | : : | |
| VINCENT K. MCMAHON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON, | : : : : : : : : : | |
| Defendants, | : : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : : : : | |
| Nominal Defendant. | : | |
| DANIEL KOOI, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC., | : : : : | CASE NO. 3:20-CV-00743-VAB |
| Plaintiff, | : : | |
| v. | : : | |
| VINCENT K. MCMAHON, FRANK A. RIDDICK III, JEFFREY R. SPEED, PATRICIA A. GOTTESMAN, STUART U. GOLDFARB, LAUREEN ONG, PAUL LEVESQUE, ROBYN W. PETERSON, STEPHANIE MCMAHON, MAN JIT SINGH, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON | : : : : : : : : : : | |
| Defendants. | : : | |

| | |
|---|---|
| WORLD WRESTLING ENTERTAINMENT, INC. | : <br> : <br> : |
| Nominal Defendant. | : |

| | |
|---|---|
| RODNEY NORDSTROM, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC., | :    CASE NO. 3:20-CV-00904-CSH <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| VINCENT K. MCMAHON, GEORGE A. BARRIOS, MICHELLE D. WILSON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, and PATRICIA A. GOTTESMAN, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants, | : <br> : |
| WORLD WRESTLING ENTERTAINMENT, INC., | : <br> : <br> : |
| Nominal Defendant. | : |

## **Opposition of Plaintiff Merholz, et al to Defendants' Motion to Consolidate**

Plaintiffs Merholz and Klein ("Plaintiffs") herby briefly set forth their Opposition to Defendants' Motion to Consolidate.

The motion to consolidate should be denied because it is premature.

First, Plaintiffs believe that the fully briefed motion to remand by Plaintiff Kooi should be ruled upon as this Court needs to establish whether the *Kooi* action is properly before it and subject to its jurisdiction, or whether the *Kooi* action should be remanded to state court. Likewise, Plaintiff Nordstom in the third filed derivative case has until July 31, 2020, to file his motion to remand his action to state court. Upon information and belief based on consultations with counsel for Plaintiff Nordstrom, that motion to remand is coming. If filed, it too should be decided by this Court first in order to decide whether this court has jurisdiction over the *Nordstrom* action or whether it should be remanded to state court.

If both the *Kooi* action and the *Nordstrom* action are remanded, then only the *Merholz* action will remain in this Court and there will be nothing to coordinate or consolidate. Defendants' proposed plan to consolidate, appoint lead counsel, file a consolidated complaint and the like will be unnecessary. If, however, both the *Kooi* and *Nordstrom* actions remain in this Court because the motion(s) to remand are denied, then Defendants' plan of consolidation, etc. is reasonable. Moreover, Plaintiffs' counsel in the three derivative actions have already been meeting and conferring regarding coordination after the motion(s) to remand are decided, and depending on the ruling, may be able to reach agreement on how next to proceed.

Accordingly, it is respectfully submitted that the Defendants' motion to consolidate should be denied at this time as premature, with leave to renew as events warrant after the

motion(s) to remand the *Kooi* and *Nordstrom* actions are decided.

Dated: July 22, 2020

                                    **GAINEY McKENNA & EGLESTON**

                                    By: */s/ Gregory M. Egleston*
                                    Gregory M. Egleston (CT19709)
                                    Thomas J. McKenna *(Pro Hac Vice Pending)*
                                    501 Fifth Avenue, 19th Floor
                                    New York, NY 10017
                                    Telephone: (212) 983-1300
                                    Facsimile: (212) 983-0383
                                    Email: gegleston@gme-law.com
                                    Email: tjmckenna@gme-law.com

-4-

## CERTIFICATION OF SERVICE

      I hereby certify that, on July 22, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      By: */s/ Gregory M. Egleston*
      Gregory M. Egleston