# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RYAN MERHOLZ, and MELVYN KLEIN, Derivatively On Behalf Of WORLD WRESTLING ENTERTAINMENT, INC., <br><br>                Plaintiffs,<br><br>                v.<br><br>VINCENT K. MCMAHON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK, III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON,<br><br>                Defendants,<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>                Nominal Defendant. | Case No.: 3:20-cv-00557-VAB |
| DANIEL KOOI, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>                Plaintiff,<br><br>                v.<br><br>VINCENT K. MCMAHON, FRANK A. RIDDICK, III, JEFFREY R. SPEED, PATRICIA A. GOTTESMAN, STUART U. GOLDFARB, LAUREEN ONG, PAUL LEVESQUE, ROBYN W. PETERSON, STEPHANIE MCMAHON, MAN JIT SINGH, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON,<br><br>                Defendants,<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>                Nominal Defendant. | Case No.: 3:20-CV-00743-VAB |

| | |
|---|---|
| RODNEY NORDSTROM, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>                    Plaintiff,<br><br>               v.<br><br>VINCENT K. MCMAHON, GEORGE A. BARRIOS, MICHELLE D. WILSON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, and PATRICIA A. GOTTESMAN,<br><br>                    Defendants,<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>                    Nominal Defendant. | Case No. 3:20-CV-00904-VAB<br><br>August 28, 2020 |

## DEFENDANTS' MOTION TO DISMISS
## SHAREHOLDER DERIVATIVE COMPLAINTS

Nominal Defendant World Wrestling Entertainment, Inc. ("WWE") and defendants Vincent K. McMahon, George A. Barrios, Michelle D. Wilson, Stephanie McMahon, Paul Levesque, Frank A. Riddick III, Stuart U. Goldfarb, Laureen Ong, Robyn W. Peterson, Man Jit Singh, Jeffrey R. Speed, Alan M. Wexler, and Patricia A. Gottesman (collectively, "Defendants") move pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(6), and 23.1, the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b), and Delaware substantive law, upon the accompanying Memorandum of Law, the accompanying Declaration of Justin Anderson dated August 28, 2020, and its exhibits, and all other papers herein, to dismiss with prejudice the Verified Second Amended Stockholder Derivative Complaint in *Merholz et al. v. McMahon et al.*, 3:20-cv-00557-VAB (D. Conn. July 28, 2020), ECF No. 39-1, the Verified Amended Shareholder

2

Derivative Complaint in *Kooi v. McMahon et al.*, 3:20-cv-00743-VAB (D. Conn. July 3, 2020), ECF No. 36, and the Verified Amended Shareholder Derivative Complaint in *Nordstrom v. McMahon et al.*, 3:20-cv-00904-VAB (D. Conn. Aug. 14, 2020), ECF No. 45 (collectively, "the Complaints").

As set forth more fully in the accompanying Memorandum of Law, the Complaints should be dismissed in their entirety with prejudice because (i) Plaintiffs fail to make a pre-suit demand on WWE's Board of Directors or adequately plead that demand should be excused as futile; (ii) Plaintiffs fail to plead with particularity that they owned WWE stock continuously from the date of the conduct that is the subject of the Complaints through the filing of the Complaints; and (iii) Plaintiffs fail to state a claim upon which relief can be granted.

WHEREFORE, the Court should dismiss the Complaints in their entirety with prejudice.

Dated: August 28, 2020

Respectfully submitted,

**DAY PITNEY LLP**

BY: */s/ Jeffrey P. Mueller*
Jeffrey P. Mueller (ct27870)
242 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-0100
Fax: (860) 881-2625
Email: jmueller@daypitney.com


**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Kramer (*pro hac vice*)
Richard C. Tarlowe (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000

Fax: (212) 757-3990
Email: twells@paulweiss.com
       dkramer@paulweiss.com
       rtarlowe@paulweiss.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Justin Anderson (*pro hac vice*)
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
Email: janderson@paulweiss.com


**K&L GATES LLP**
Jerry S. McDevitt (*pro hac vice*)
Curtis B. Krasik (*pro hac vice*)
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Telephone: (412) 355-6500
Fax: (412) 355-6501
Email: jerry.mcdevitt@klgates.com
       curtis.krasik@klgates.com

**K&L GATES LLP**
Stephen G. Topetzes (*pro hac vice*)
Theodore L. Kornobis (*pro hac vice*)
1601 K Street, NW
Washington, DC 20006
Telephone: (202) 628-1700
Fax: (202) 778-9100
Email: stephen.topetzes@klgates.com
       ted.kornobis@klgates.com

*Attorneys for Defendants Vincent K. McMahon, George A. Barrios, Michelle D. Wilson, Stephanie McMahon, Paul Levesque, Frank A. Riddick III, Stuart U. Goldfarb, Laureen Ong, Robyn W. Peterson, Man Jit Singh, Jeffrey Speed, Alan M. Wexler, and Patricia A. Gottesman, and for Nominal Defendant World Wrestling Entertainment, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on August 28, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                    */s/ Jeffrey P. Mueller*
                                  Jeffrey P. Mueller (ct27870)