UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RYAN MERHOLZ, and MELVYN KLEIN, Derivatively On Behalf Of WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>  Plaintiffs,<br><br>v.<br><br>VINCENT K. MCMAHON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK, III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON,<br><br>  Defendants,<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>  Nominal Defendant. | Case No.: 3:20-cv-00557-VAB |
| DANIEL KOOI, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>VINCENT K. MCMAHON, FRANK A. RIDDICK, III, JEFFREY R. SPEED, PATRICIA A. GOTTESMAN, STUART U. GOLDFARB, LAUREEN ONG, PAUL LEVESQUE, ROBYN W. PETERSON, STEPHANIE MCMAHON, MAN JIT SINGH, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON,<br><br>  Defendants,<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>  Nominal Defendant. | Case No.: 3:20-CV-00743-VAB |

| | |
|---|---|
| RODNEY NORDSTROM, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT K. MCMAHON, GEORGE A. BARRIOS, MICHELLE D. WILSON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, and PATRICIA A. GOTTESMAN,<br><br>Defendants,<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Nominal Defendant. | Case No.: 3:20-CV-00904-VAB |

## DECLARATION OF JUSTIN ANDERSON

Justin Anderson, pursuant to 28 U.S.C. § 1746, declares as follows:

1.  I am a partner at the law firm Paul, Weiss, Rifkind, Wharton & Garrison, LLP, attorneys for Defendants Vincent K. McMahon, George A. Barrios, Michelle D. Wilson, Stephanie McMahon, Paul Levesque, Frank A. Riddick III, Stuart U. Goldfarb, Laureen Ong, Robyn W. Peterson, Man Jit Singh, Jeffrey R. Speed, Alan M. Wexler, and Patricia A. Gottesman, as well as the Nominal Defendant, World Wrestling Entertainment, Inc. ("WWE") (collectively, "Defendants") in the above-captioned actions. I respectfully submit this Declaration in support of the motion by Defendants to dismiss the Verified Second Amended Stockholder Derivative Complaint in *Merholz et al. v. McMahon et al.*, 20-cv-557 (D. Conn. Aug. 13, 2020), ECF No. 43, the Verified Amended Shareholder Derivative Complaint in *Kooi v. McMahon et al.*, 20-cv-743 (D.

2

Conn. July 3, 2020), ECF No. 36, and the Verified Amended Shareholder Derivative Complaint in *Nordstrom v. McMahon et al.*, 20-cv-904 (D. Conn. Aug. 14, 2020), ECF No. 45 (collectively, "the Complaints").

2. I submit this Declaration in support of Defendants' Motion to Dismiss Shareholder Derivative Complaints.

3. Attached as Exhibit 1 is a true and accurate copy of WWE's April 16, 2020 NYSE Domestic Section 303A Written Affirmation.

4. Attached as Exhibit 2 is a true and accurate copy of WWE's Amended and Restated Certificate of Incorporation.

5. Attached as Exhibit 3 is a true and accurate copy of an August 21, 2020 Letter from Gregory M. Egleston to Jeffrey P. Mueller.

6. Attached as Exhibit 4 is a true and accurate copy of an August 26, 2020 Letter from James M. Ficaro to Jeffrey P. Mueller.

7. Attached as Exhibit 5 is a true and accurate copy of an August 17, 2020 email from Justin Kuehn to Jeffrey P. Mueller.

8. Attached as Exhibit 6 is a true and accurate copy of WWE's April 25, 2019 Press Release reporting WWE's First Quarter 2019 Results.

9. Attached as Exhibit 7 is a true and accurate copy of a Form 4 filed with the United States Securities and Exchange Commission on July 23, 2019.

10. Attached as Exhibit 8 is a true and accurate copy of an 8-K filed with the United States Securities and Exchange Commission on March 27, 2019.

11. Attached as Exhibit 9 is a true and accurate copy of a Form 4 filed with the United States Securities and Exchange Commission on August 1, 2018.

12. Attached as Exhibit 10 is a true and accurate copy of a Form 4 filed with the United States Securities and Exchange Commission on August 7, 2015.

13. Attached as Exhibit 11 is a true and accurate copy of a Form 4 filed with the United States Securities and Exchange Commission on August 19, 2016.

14. Attached as Exhibit 12 is a true and accurate copy of a Form 4 filed with the United States Securities and Exchange Commission on August 22, 2016.

15. Attached as Exhibit 13 is a true and accurate copy of a Form 4 filed with the United States Securities and Exchange Commission on August 3, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: Washington, D.C.
         August 28, 2020

_____
Justin Anderson