# Exhibit 3

# GAINEY McKENNA & EGLESTON

### ATTORNEYS AT LAW

www.gme-law.com

501 FIFTH AVENUE
19th FLOOR
NEW YORK, NEW YORK 10017
TEL: (201) 983-1300
FAX: (201) 983-0383

95 ROUTE 17 SOUTH
SUITE 310
PARAMUS, NEW JERSEY 07652
TEL: (201) 225-9001
FAX: (201) 225-9002

Please Reply To The New York Address

August 21, 2020

*(VIA E-MAIL: jmueller@daypitney.com)*

Jeffrey P. Mueller, Esq.
Day Pitney, LLP
242 Trumbull Street
Hartford, CT 06103-1212

> Re:   *Merholz et al. v. McMahon et al.,*
>        Case No. 3:20-cv-00557-VAB (D. Conn.)

Dear Mr. Mueller:

We are in receipt of your letter dated August 17, 2020 and thank you for same. We disagree with your statements contained therein and believe we have sufficiently pled our clients' standing under the applicable rules, law and principles of notice pleading, especially considering our clients' sworn verifications. If your letter is an invitation to engage in informal discovery in advance of a Rule 26 conference, we will agree to exchange the materials you requested in return for production by you of the Minutes of the Board of Directors and all presentations made to the Board from January 1, 2017 to the present.

Please let us have your response by August 28, 2020.

Very truly yours,

GAINEY McKENNA & EGLESTON

Gregory M. Egleston

GME/ne