# Exhibit 4



## THE WEISER LAW FIRM

*James M. Ficaro, Esq.*
*610.225.0206*
*jmf@weiserlawfirm.com*

August 26, 2020

**VIA E-MAIL**
Jeffrey P. Mueller
**DAY PITNEY LLP**
101 Centerpoint Rd., Suite 105
Hartford, CT 06103-1212
jmueller@daypitney.com

RE:   *Kooi v. McMahon et al.*, **Case No. 3:20-cv-00743-VAB (D. Conn.)**

Mr. Mueller:

I write in response to your August 17, 2020 letter asking Daniel Kooi, the plaintiff in the above referenced action (the "Action"), to produce documents demonstrating his continuous ownership of World Wrestling Entertainment, Inc. ("WWE") common stock during the relevant period detailed in the Action. While it is true that a derivative plaintiff must own stock in the nominal defendant corporation and continuous own that security throughout the duration of the litigation – as Mr. Kooi has alleged and done – I am aware of no Delaware or Connecticut authority that requires shareholder derivative plaintiffs to unilaterally engage in discovery prior to the filing of a motion to dismiss. Mr. Kooi will produce documents in response to properly served requests for production when discovery commences.

If, however, WWE believes the time for discovery to begin is now, please provide a draft confidentiality agreement for Mr. Kooi's review and formal requests for production which plaintiff will respond to in good faith. Accordingly, Mr. Kooi will also commence service of discovery requests.

Sincerely,

*James M Ficaro*

James M. Ficaro