# Exhibit 5

| | |
|---|---|
| **From:** | Justin Kuehn <jkuehn@moorekuehn.com> |
| **Sent:** | Monday, August 17, 2020 4:24 PM |
| **To:** | Mueller, Jeff; fmoore@moorekuehn.com |
| **Cc:** | 'McDevitt, Jerry'; 'Krasik, Curtis B.' |
| **Subject:** | RE: Nordstrom v. McMahon et al., Case No. 3:20-cv-00904-VAB (D. Conn.) |

**CAUTION - EXTERNAL EMAIL**
**DO NOT click links or open attachments unless you recognize the sender and know the content is safe.**

Jeff,

Your letter is incorrect.  The Amended Complaint – just as the original complaint – alleges with specificity that Mr. Nordstrom "has continuously been a shareholder of WWE since September 26, 2018." Amended Complaint ¶10.  Further, Mr. Nordstrom's verification states, "I further declare that I am a current holder, and have been a holder, of World Wrestling Entertainment, Inc. common stock at all relevant times."  This unquestionably alleges Mr. Nordstrom's standing.  Mr. Nordstrom is not going to engage in one-sided discovery, however, we are happy to schedule a call to discuss a discovery plan since defendants seem anxious to begin exchanging documents.

Justin


--
**Justin Kuehn** | Partner | Moore Kuehn, PLLC
30 Wall Street, 8th Floor | New York, NY 10005 | jkuehn@moorekuehn.com
Tel: (212) 709-8245 | Dir: (917) 818-3045

**From:** Mueller, Jeff <jmueller@daypitney.com>
**Sent:** Monday, August 17, 2020 7:50 AM
**To:** fmoore@moorekuehn.com; 'Justin Kuehn' <jkuehn@moorekuehn.com>
**Cc:** 'McDevitt, Jerry' <Jerry.McDevitt@klgates.com>; Krasik, Curtis B. (Curtis.Krasik@klgates.com) <Curtis.Krasik@klgates.com>
**Subject:** Nordstrom v. McMahon et al., Case No. 3:20-cv-00904-VAB (D. Conn.)

Counsel:  Please see the attached correspondence.

Jeffrey P. (Jeff) Mueller | Attorney at Law | Attorney Bio



242 Trumbull Street | Hartford CT 06103-1212
t (860) 275 0164 | f (860) 881 2625 | m (203) 444 5207
jmueller@daypitney.com | www.daypitney.com
BOSTON   |   CONNECTICUT   |   FLORIDA   |   NEW JERSEY   |   NEW YORK   |   WASHINGTON, DC   

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*