# Exhibit 7

SEC Form 4

FORM 4

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. See Instruction 1(b).

| OMB APPROVAL |  |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* Barrios George A. | 2. Issuer Name and Ticker or Trading Symbol WORLD WRESTLING ENTERTAINMENTINC [ WWE ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last) (First) (Middle) C/O WORLD WRESTLING ENTERTAINMENT, INC. 1241 EAST MAIN STREET | 3. Date of Earliest Transaction (Month/Day/Year) 07/22/2019 | X Director ☐ 10% Owner X Officer (give title below) ☐ Other (specify below) Co-President |
| (Street) STAMFORD   CT   06902 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person ☐ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 07/22/2019 | | F[1] | | 64,497[1] | D | $70.23 | 217,047[2] | D | |
| Class A Common Stock | 07/22/2019 | | S[3] | | 63,758[3] | D | $69.98[4] | 153,289 | D | |
| Class A Common Stock | 07/22/2019 | | S[3] | | 10,920[3] | D | $70.54[5] | 143,027[2] | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Consists of a portion of vesting stock units withheld by the Company to pay withholding taxes priced at the close of business on July 19, 2019.
2. Includes 658 shares of dividend accruals and employee stock purchase plan purchases not previously reported because they are exempt under Section 16.
3. Consists of the last sales pursuant to a 10b5-1 stock trading plan previously disclosed in a Current Report on Form 8-K, filed 9/28/2018.
4. The price reported in Column 4 is a weighted average price received for the shares. The actual prices were in a range of $69.46 to $70.45. Mr. Barrios will provide, upon request by the SEC staff, WWE or a shareholder of WWE, complete information regarding the number of shares sold at each price within the range.
5. The price reported in Column 4 is a weighted average price received for the shares. The actual prices were in a range of $70.46 to $70.62. Mr. Barrios will provide, upon request by the SEC staff, WWE or a shareholder of WWE, complete information regarding the number of shares sold at each price within the range.

**Remarks:**

| George A. Barrios | 07/22/2019 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.
Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.