UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RYAN MERHOLZ and MELVYN KLEIN, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>VINCENT K. MCMAHON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK, III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON,<br><br>Defendants,<br><br>-and-<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Nominal Defendant. | Case No.: 3:20-cv-00557-VAB |
| DANIEL KOOI, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT K. MCMAHON, FRANK A. RIDDICK, III, JEFFREY R. SPEED, PATRICIA A. GOTTESMAN, STUART U. GOLDFARB, LAUREEN ONG, PAUL LEVESQUE, ROBYN W. PETERSON, STEPHANIE MCMAHON, MAN JIT SINGH, ALAN M. WEXLER, GEORGE A.<br><br>[Caption Continued on Next Page] | Case No.: 3:20-CV-00743-VAB |

| | |
|---|---|
| BARRIOS, and MICHELLE D. WILSON, | |
| Defendants, | |
| -and- | |
| WORLD WRESTLING ENTERTAINMENT, INC., | |
| Nominal Defendant. | |
| RODNEY NORDSTROM, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC., | Case No. 3:20-CV-00904-VAB |
| Plaintiff, | |
| v. | |
| VINCENT K. MCMAHON, GEORGE A. BARRIOS, MICHELLE D. WILSON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, and PATRICIA A. GOTTESMAN, | |
| Defendants, | |
| -and- | |
| WORLD WRESTLING ENTERTAINMENT, INC., | |
| Nominal Defendant. | |

**DENNIS PALKON'S MOTION FOR PERMISSIVE
INTERVENTION, APPOINTMENT OF LEAD COUNSEL,
AND DENIAL OF DEFENDANTS' MOTIONS TO DISMISS AS MOOT**

2

Pursuant to Rule 24(b) of the Federal Rules of Civil Procedure, Dennis Palkon ("Proposed Intervenor")[1] hereby seeks leave to intervene in the above-captioned action for the limited purpose of: (i) appointment of his counsel as lead counsel; (ii) designation of the proposed Verified Stockholder Derivative Complaint (the "Proposed Complaint in Intervention") as the operative complaint; and (iii) that the Court deny as moot Defendants'[2] pending motions to dismiss in light of the new operative complaint.

The grounds for this motion are set forth in the accompanying Memorandum in Support of Dennis Palkon's Motion for Permissive Intervention, Appointment of Lead Counsel, and Denial of Defendants' Motions to Dismiss as Moot, the supporting Declaration of William H. Narwold, and any arguments made before the Court.

---

[1] Proposed Intervenor is a World Wrestling Entertainment, Inc. ("WWE") stockholder who made a demand to inspect certain of books and records WWE's, pursuant to section 220 of the Delaware General Corporation Law, which are pertinent to the claims asserted in this action.

[2] Defendants Vincent K. McMahon, Stephanie McMahon, Paul Levesque, Frank A. Riddick III, Stuart U. Goldfarb, Laureen Ong, Robyn W. Peterson, Man Jit Singh, Jeffrey R. Speed, Alan M. Wexler, George A. Barrios, Michelle D. Wilson, and Patricia A. Gottesman are referred to herein as the "Individual Defendants," and with nominal defendant WWE, are collectively referred to herein as the "Defendants."

Dated: October 23, 2020                      Respectfully submitted,

**MOTLEY RICE LLC**

/s/ *William H. Narwold*
William H. Narwold (CT 00133)
One Corporate Center
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
E-mail: bnarwold@motleyrice.com

**ROBBINS LLP**
Brian J. Robbins (CT 417036)
Gregory E. Del Gaizo
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
         gdelgaizo@robbinsllp.com

**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
Mark Lebovitch
Daniel Meyer
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1519
Facsimile: (212) 554-1444
E-mail: markl@blbglaw.com
         daniel.meyer@blbglaw.com

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Dr., Ste. 300
Berwyn, PA 19312
Telephone (484) 324-6800
Facsimile: (484) 631-1305
E-mail: rmaniskas@rmclasslaw.com

*Attorneys for Proposed Intervenor Dennis Palkon*

1479605

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2020, I electronically filed the above-titled document with the Clerk of Court using the CM/ECF system which will send notification of such filing to those registered as CM/ECF participants.

      /s/ *William H. Narwold*
      William H. Narwold (CT 00133)