# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RYAN MERHOLZ and MELVYN KLEIN, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC., | |
| Plaintiffs, | Case No.: 3:20-cv-00557-VAB |
| v. | |
| VINCENT K. MCMAHON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK, III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON, | |
| Defendants, | |
| WORLD WRESTLING ENTERTAINMENT, INC., | |
| Nominal Defendant. | |
| DANIEL KOOI, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC., | |
| Plaintiff, | Case No.: 3:20-CV-00743-VAB |
| v. | |
| VINCENT K. MCMAHON, FRANK A. RIDDICK, III, JEFFREY R. SPEED, PATRICIA A. GOTTESMAN, STUART U. GOLDFARB, LAUREEN ONG, PAUL LEVESQUE, ROBYN W. PETERSON, STEPHANIE MCMAHON, MAN JIT SINGH, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON, | |
| Defendants, | |

WORLD WRESTLING ENTERTAINMENT, INC.,

Nominal Defendant.

RODNEY NORDSTROM, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC.,

Plaintiff,

v.

VINCENT K. MCMAHON, GEORGE A. BARRIOS, MICHELLE D. WILSON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, and PATRICIA A. GOTTESMAN,

Defendants,

WORLD WRESTLING ENTERTAINMENT, INC.,

Nominal Defendant.

Case No. 3:20-CV-00904-VAB

**DECLARATION OF WILLIAM H. NARWOLD IN SUPPORT OF DENNIS PALKON'S MOTION FOR PERMISSIVE INTERVENTION, APPOINTMENT OF LEAD COUNSEL, AND DENIAL OF DEFENDANTS' MOTIONS TO DISMISS AS MOOT**

I, William H. Narwold, hereby as follows:

1.      I am an attorney at the law firm of Motley Rice LLC.

2.      I submit this Declaration in Support of Dennis Palkon's Motion for Permissive Intervention, Appointment of Lead Counsel, and Denial of Defendants' Motions to Dismiss as Moot.

3.      Attached as Exhibits A-E hereto are true and correct copies of the following documents:

| Exhibit | Description |
|---------|-------------|
| A | [Proposed] Verified Stockholder Derivative Complaint |
| B | Plaintiff Dennis Palkon's Section 220 Demand on WWE (May 6, 2020) |
| C | Email from Jerry McDevitt to Gregory Del Gaizo (Aug. 10, 2020) |
| D | *In re Alphabet Inc. S'holder Deriv. Litig.*, C.A. No. 19-cv-06880-RS (N.D. Cal. June 9, 2020) (ORDER) |
| E | *Sbriglio, et al. v. Zuckerberg, et al.*, C.A. No. 2018-0307-JRS (Del. Ch. Dec. 17, 2018) (TRANSCRIPT) |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this 23rd day of October, 2020.


                                        */s/ William H. Narwold*
                                         William H. Narwold