# EXHIBIT C

**From:** McDevitt, Jerry
**To:** Gregory Del Gaizo
**Cc:** Krasik, Curtis B.
**Subject:** Re: 8-3-20 World Wrestling Entertainment - Correspondence
**Date:** Friday, August 14, 2020 8:22:43 AM

Daniel Kramer and Justin Anderson at Paul Weiss.

Sent from my iPhone

> On Aug 14, 2020, at 1:13 AM, Gregory Del Gaizo <GDelGaizo@robbinsllp.com> wrote:
>
> Jerry,
>
> We have not been contacted by the Company's new counsel.  We would appreciate it if you could provide us with the name and firm of the person handling the matter going forward.
>
> Thank you,
>
> Gregory Del Gaizo
> Attorney at Law
> Robbins LLP
>
> **From:** McDevitt, Jerry <Jerry.McDevitt@klgates.com>
> **Sent:** Monday, August 10, 2020 12:28 PM
> **To:** Gregory Del Gaizo <GDelGaizo@robbinsllp.com>; Krasik, Curtis B. <Curtis.Krasik@klgates.com>
> **Subject:** RE: 8-3-20 World Wrestling Entertainment - Correspondence
>
> Greg,
> I wanted to let you know that WWE will be using other counsel on these Saudi matters, and that new counsel is in the process of clearing conflicts today. I have advised them of your outstanding 220 requests and that a response is due you. Kindly give us a few days and they will be in touch
>
> **Jerry S. McDevitt**
> K&L Gates LLP
> K&L Gates Center
> 210 Sixth Avenue
> Pittsburgh, PA 15222
> Phone: 412-355-8608
> Cell: 412-708-9328
> Fax: 412-355-6501
> jerry.mcdevitt@klgates.com
> www.klgates.com
>
> **From:** McDevitt, Jerry <Jerry.McDevitt@klgates.com>

**Sent:** Friday, August 07, 2020 1:38 PM
**To:** Gregory Del Gaizo <GDelGaizo@robbinsllp.com>; Krasik, Curtis B. <Curtis.Krasik@klgates.com>
**Subject:** Re: 8-3-20 World Wrestling Entertainment - Correspondence

Greg,
 We intend to let you know our position by Monday. Things have been complicated a bit by the storms in connecticut which have knocked out power in the residences of the folks we deal with  who are working remotely.
 In the meantime, kindly execute snd return the confidentiality agreement we sent to you.

Sent from my iPad

> On Aug 7, 2020, at 12:43 PM, Gregory Del Gaizo <GDelGaizo@robbinsllp.com> wrote:
>
> Jerry,
>
> In light of the Court's ruling yesterday in the related 10b case (attached), we again ask the Company to reconsider its denial of our client's inspection demand.  Please let us know the Company's position by Monday.
>
> Thank you,
>
> Gregory Del Gaizo
> Attorney at Law
> Robbins LLP
>
> ---
>
> **From:** Beth A. Hartman <BHartman@robbinsllp.com>
> **Sent:** Monday, August 3, 2020 2:45 PM
> **To:** jerry.mcdevitt@klgates.com
> **Cc:** rmaniskas@rmclasslaw.com; Gregory Del Gaizo <GDelGaizo@robbinsllp.com>
> **Subject:** 8-3-20 World Wrestling Entertainment - Correspondence
>
> Dear Mr. McDevitt,
>
> On behalf of Gregory E. Del Gaizo, I attach the following correspondence.
>
> Kind regards,
>
> Beth A. Hartman
> Legal Secretary
> Robbins LLP
> 5040 Shoreham Place

San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email: BHartman@robbinsllp.com
www.robbinsllp.com

This message and any attached documents contain information from the law firm of Robbins LLP that may be privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this email in error, please notify the sender and/or Robbins LLP immediately by reply email and/or by telephone at (619) 525-3990 and delete this copy from your email system. Thank you.

Please consider the environment before printing this email.

<CITY OF WARREN POLICE And FIRE RETIREMENT SYSTEM individually and on behalf of a.pdf>

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Jerry.McDevitt@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Jerry.McDevitt@klgates.com.