# EXHIBIT 21

## AFFIDAVIT OF CHARLES EBERSOL

I, Charles Ebersol, having been duly sworn, depose and state:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am making this affidavit based upon personal knowledge.

3. I understand that an assertion has been made that my father, Dick Ebersol, and I supposedly offered Vince McMahon $50 million to acquire the XFL trademark at a meeting on May 18, 2017.

4. That assertion is categorically false.

5. My father and I did not offer Vince McMahon $50 million or any other amount of money to acquire the XFL trademark at our meeting on May 18, 2017 or at any other time.

FURTHER AFFIANT SAYETH NAUGHT

_____
Charles Ebersol

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Subscribed and sworn before me this 12 day of December, 2019, by Charles Ebersol

Notary Public
My Commission Expires: 01-23-23

JOHN CAVALLI
COMM. #2273532
Notary Public - California
San Francisco County
My Comm. Expires Jan. 23, 2023