**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHAD GELLNER, MATTHEW RUFO, and MELVYN KLEIN, Derivatively On Behalf Of TILRAY, INC., <br><br>          Plaintiffs, <br><br>      v. <br><br>BRENDAN KENNEDY, MICHAEL AUERBACH, REBEKAH DOPP, MARYSCOTT GREENWOOD, CHRISTINE ST. CLARE, AND MARK CASTANEDA, <br><br>          Defendants, <br><br>TILRAY, INC., <br><br>          Nominal Defendant. | Case No.: 1:20cv4618 |

**SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)**

Counsel for Plaintiff Melvyn Klein suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Plaintiff Melvyn Klein during the pendency of this action.

Dated: September 2, 2021

                                                                 **GAINEY McKENNA & EGLESTON**

                By:    */s/ Thomas J. McKenna*
                          Thomas J. McKenna
                          Gregory M. Egleston
                          501 Fifth Avenue, 19th Floor
                          New York, NY 10017
                          Telephone: (212) 983-1300
                          Facsimile: (212) 983-0383
                          Email: tjmckenna@gme-law.com
                          Email: gegleston@gme-law.com
                          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 2, 2021, I caused a true and correct copy of the foregoing **SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)** to be served on counsel of record by electronically filing it with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the registered participants.

*/s/ Thomas J. McKenna*
Thomas J. McKenna