UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RYAN MERHOLZ and MELVYN KLEIN, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>VINCENT K. MCMAHON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK, III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON,<br><br>Defendants,<br><br>-and-<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Nominal Defendant. | Case No.: 3:20-cv-00557-VAB |
| DANIEL KOOI, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT K. MCMAHON, FRANK A. RIDDICK, III, JEFFREY R. SPEED, PATRICIA A. GOTTESMAN, STUART U. GOLDFARB, LAUREEN ONG, PAUL LEVESQUE, ROBYN W. PETERSON, STEPHANIE MCMAHON, MAN JIT SINGH, ALAN M. WEXLER, GEORGE A. | Case No.: 3:20-cv-00743-VAB |

[Caption Continued on Next Page]

| | |
|---|---|
| BARRIOS, and MICHELLE D. WILSON,<br><br>      Defendants,<br> -and-<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>      Nominal Defendant. | |
| RODNEY NORDSTROM, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>      Plaintiff,<br><br> v.<br><br>VINCENT K. MCMAHON, GEORGE A. BARRIOS, MICHELLE D. WILSON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, and PATRICIA A. GOTTESMAN,<br><br>      Defendants,<br><br> -and-<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>      Nominal Defendant. | Case No. 3:20-cv-00904-VAB |

[Caption Continued on Next Page]

| | |
|---|---|
| RYAN B. MERHOLZ and NICHOLAS JIMENEZ, Derivatively On behalf Of WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VINCENT K. MCMAHON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK, III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON, <br><br> Defendants, <br><br> -and- <br><br> WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Nominal Defendant. | Case No. 3:21-cv-00789-VAB |
| JESSE REZENDES, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VINCENT K. MCMAHON, GEORGE A. BARRIOS, and MICHELLE D. WILSON, <br><br> Defendants, <br><br> -and- <br><br> WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Nominal Defendant | Case No. 3:21-cv-00793-VAB |

[Caption Continued on Next Page]

| | |
|---|---|
| CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>                  Plaintiff,<br><br>v.<br><br>VINCENT K. MCMAHON, GEORGE A. BARRIOS, and MICHELLE D. WILSON,<br><br>                  Defendants,<br><br>-and-<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>                  Nominal Defendant. | Case No. 3:21-cv-00930-VAB |

**MOTION TO RE-OPEN CASE**

In accordance with this Court's order administratively closing the above captioned matters, dated August 18, 2021 (*Merholz, et al. v. McMahon, et al.*, No. 3:20-cv-00557-VAB, ECF 103; *Kooi v. McMahon, et al.*, No.: 3:20-cv-00743-VAB, ECF 117; *Nordstrom v. McMahon, et al.*, No. 3:20-cv-00904-VAB, ECF 110; *Merholz, et al. v. McMahon, et al.*, No. 3:21-cv-00789-VAB, ECF 54; *City of Pontiac Police & Fire Ret. Sys. v. McMahon, et al.*, No. 3:21-cv-00930-VAB, ECF 45; and *Rezendes v. McMahon, et al.*, No. 3:21-cv-00793-VAB, No. 43), proposed intervenor Dennis Palkon ("Proposed Intervenor")[1] respectfully requests that these matters be reopened and restored to the Court's active docket for purposes of effectuating the parties' settlement agreement,

---

[1] Proposed Intervenor has filed motions to intervene in Case Nos. 3:20-cv-00557-VAB, 3:20-cv-00743-VAB, and 3:20-cv-00904-VAB, and, as reflected herein, is a party to an agreement in principle to settle all of the above-captioned actions.

4

for which Court approval is required. In support of this Motion, Proposed Intervenor avers as follows:

1. On August 16, 2021, the parties to the above-captioned actions reached an agreement in principle to resolve all claims in all of the actions, as reflected in the Notice filed with the Court on August 17, 2021. No. 3:20-cv-00557-VAB, ECF 102; No. 3:20-cv-00743-VAB, ECF 116; No. 3:20-cv-00904-VAB, ECF 109; No. 3:21-cv-00789-VAB, ECF 53; No. 3:21-cv-00930-VAB, ECF 44; and No. 3:21-cv-00793-VAB, ECF 42.

2. On August 18, 2021, the Court ordered that each case be administratively closed, setting a deadline of September 17, 2021, for the parties "to file a stipulation of dismissal or move to reopen the case." No. 3:20-cv-00743-VAB, ECF 117; No. 3:20-cv-00904-VAB, ECF 110; No. 3:21-cv-00789-VAB, ECF 54; No. 3:21-cv-00930-VAB, ECF 45; and Case No. 3:21-cv-00793-VAB, ECF 43.

3. Under Rule 23.1(c) of the Federal Rules of Civil Procedure, the parties must seek the Court's approval of their settlement agreement. The parties have been diligently working on the papers seeking this approval, and Proposed Intervenor believes that the parties will be in position to file these papers by September 21, 2021.

WHEREFORE, Proposed Intervenor requests that the Court grant this Motion and that the above-captioned cases be reopened and restored to the Court's active docket in anticipation of the parties' forthcoming motion for preliminary approval of their settlement agreement.

Dated: September 17, 2021                    Respectfully submitted,

                                                                              **MOTLEY RICE LLC**

/s/ *William H. Narwold*
William H. Narwold (CT 00133)
One Corporate Center
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
E-mail: bnarwold@motleyrice.com

**ROBBINS LLP**
Brian J. Robbins (CT 417036)
Gregory E. Del Gaizo
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
        gdelgaizo@robbinsllp.com

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Mark Lebovitch
Daniel Meyer
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1519
Facsimile: (212) 554-1444
E-mail: markl@blbglaw.com
        daniel.meyer@blbglaw.com

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Dr., Ste. 300
Berwyn, PA 19312
Telephone (484) 324-6800
Facsimile: (484) 631-1305
E-mail: rmaniskas@rmclasslaw.com

*Attorneys for Proposed Intervenor Dennis Palkon*

6

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2021, I electronically filed the above-titled document with the Clerk of Court using the CM/ECF system which will send notification of such filing to those registered as CM/ECF participants.

                                          /s/ *William H. Narwold*
                                          William H. Narwold (CT 00133)