# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RYAN MERHOLZ and MELVYN KLEIN, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VINCENT K. MCMAHON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK, III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON, <br><br> Defendants, <br><br> -and- <br><br> WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Nominal Defendant. | Case No.: 3:20-cv-00557-VAB <br><br> Date: September 20, 2021 <br><br> Oral Argument Requested |
| DANIEL KOOI, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VINCENT K. MCMAHON, FRANK A. RIDDICK, III, JEFFREY R. SPEED, PATRICIA A. GOTTESMAN, STUART U. GOLDFARB, LAUREEN ONG, PAUL LEVESQUE, ROBYN W. PETERSON, STEPHANIE MCMAHON, MAN JIT SINGH, ALAN M. WEXLER, GEORGE A. | Case No.: 3:20-cv-00743-VAB |

[Caption Continued on Next Page]

| | |
|---|---|
| BARRIOS, and MICHELLE D. WILSON,<br><br>         Defendants,<br>   -and-<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>         Nominal Defendant. | |
| RODNEY NORDSTROM, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>         Plaintiff,<br><br>   v.<br><br>VINCENT K. MCMAHON, GEORGE A. BARRIOS, MICHELLE D. WILSON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, and PATRICIA A. GOTTESMAN,<br><br>         Defendants,<br>   -and-<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>         Nominal Defendant. | Case No. 3:20-cv-00904-VAB |

[Caption Continued on Next Page]

| | |
|---|---|
| RYAN B. MERHOLZ and NICHOLAS JIMENEZ, Derivatively On behalf Of WORLD WRESTLING ENTERTAINMENT, INC., <br><br>               Plaintiffs, <br><br>     v. <br><br> VINCENT K. MCMAHON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK, III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON, <br><br>               Defendants, <br><br>   -and- <br><br> WORLD WRESTLING ENTERTAINMENT, INC., <br><br>               Nominal Defendant. | Case No. 3:21-cv-00789-VAB |
| JESSE REZENDES, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC., <br><br>               Plaintiff, <br><br>     v. <br><br> VINCENT K. MCMAHON, GEORGE A. BARRIOS, and MICHELLE D. WILSON, <br><br>               Defendants, <br><br>   -and- <br><br> WORLD WRESTLING ENTERTAINMENT, INC., <br><br>               Nominal Defendant | Case No. 3:21-cv-00793-VAB |

[Caption Continued on Next Page]

| | |
|---|---|
| CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT K. MCMAHON, GEORGE A. BARRIOS, and MICHELLE D. WILSON,<br><br>Defendants,<br><br>-and-<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Nominal Defendant. | Case No. 3:21-cv-00930-VAB |

**SHAREHOLDERS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Pursuant to Rule 23.1 of the Federal Rules of Civil Procedure, and upon the Stipulation and Agreement of Settlement dated September 17, 2021 ("Stipulation"),[1] proposed intervenor Dennis Palkon ("Proposed Intervenor"), by and through his undersigned counsel, in coordination with plaintiffs Ryan Merholz, Melvyn Klein, Nicholas Jimenez, Rodney Nordstrom, Daniel Kooi, City of Pontiac Police and Fire Retirement System, Jesse Rezendes (collectively "Federal Plaintiffs" or "Plaintiffs"), and the Delaware plaintiffs Amer Dastgir, Bernard Leavy, and Robert Lowinger ("Delaware Plaintiffs," and together with Proposed Intervenor, and Federal Plaintiffs "Shareholders"), and their respective counsel hereby move this Court, the Honorable Victor A.

---

[1] The Stipulation is attached as Exhibit A to the Declaration of William H. Narwold in Support of Shareholders' Unopposed Motion for Preliminary Approval of Settlement, filed herewith. Unless otherwise specified, all capitalized terms are used as defined in the Stipulation.

- 1 -

Bolden, United States District Judge of the United States District Court for the District of Connecticut, United States Courthouse, 915 Lafayette Boulevard, Bridgeport, CT 06604, for entry of an order: (a) preliminarily approving the settlement between Plaintiffs, nominal defendant World Wrestling Entertainment, Inc. ("WWE" or the "Company") and the Defendants; (b) approving the Notice and Summary Notice to be published and posted to WWE Shareholders in the time and manner set forth in the Stipulation; and (c) scheduling a final settlement approval hearing.  The agreed-to Preliminary Approval Order includes blanks for the date and time of the Settlement Hearing, which the Court must complete in order to properly effectuate the Settlement.  In this regard, the parties request the following schedule, if the Court preliminary approves the Settlement:

| | |
|---|---|
| Filing of Stipulation and Notice along with a Current Report on Form 8-K with the SEC | Not later than 10 business days after the Court enters the Preliminary Approval Order (the "Notice Date") |
| The Company shall post the Notice and the Stipulation on WWE's corporate website | Not later than the Notice Date |
| Publication of the Summary Notice | Not later than the Notice Date |
| Filing of Motion for Final Approval of Settlement | 35 calendar days before Settlement Hearing |
| Last day for stockholders to submit objections to the proposed Settlement or the fee and expense application | 21 calendar days before Settlement Hearing |
| Filing of Reply in support of Final Approval of Settlement | 7 calendar days before Settlement Hearing |
| Defendants' Counsel to file affidavit or declaration regarding publication and posting of Notice and Summary Notice | 7 calendar days before Settlement Hearing |

| | |
|---|---|
| Settlement Hearing Date | 60 calendar days after entry of the Preliminary Approval Order |

Many of the dates for the events set forth above are tied either to the entry of the Preliminary Approval Order or to the Settlement Hearing date, which the parties respectfully request to be scheduled approximately seventy days after entry of the Preliminary Approval Order, or at a later date at the Court's convenience. If this schedule is not convenient for the Court, the parties request that the Court utilize similar time intervals for the events in completing the proposed Preliminary Approval Order.

For the reasons set forth in the Stipulation and the accompanying Memorandum of Law in support of this Unopposed Motion, and the Declaration of William H. Narwold, the parties respectfully request that the Court find that the proposed Settlement merits preliminary approval.

Dated: September 20, 2021                               Respectfully submitted,

**MOTLEY RICE LLC**

*/s/ William H. Narwold*
William H. Narwold (CT 00133)
One Corporate Center
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
E-mail: bnarwold@motleyrice.com

**ROBBINS LLP**
Brian J. Robbins (CT 417036)
Gregory E. Del Gaizo
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
             gdelgaizo@robbinsllp.com

- 4 -

        **BERNSTEIN LITOWITZ BERGER**
          **& GROSSMANN LLP**
Mark Lebovitch
Daniel Meyer
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1519
Facsimile: (212) 554-1444
E-mail: markl@blbglaw.com
       daniel.meyer@blbglaw.com

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Dr., Ste. 300
Berwyn, PA 19312
Telephone (484) 324-6800
Facsimile: (484) 631-1305
E-mail: rmaniskas@rmclasslaw.com

*Attorneys for Proposed Intervenor Dennis Palkon*

1543587

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2021, a copy of foregoing Shareholders' Unopposed Motion for Preliminary Approval of Settlement was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        **MOTLEY RICE LLC**

        */s/ William H. Narwold*
        William H. Narwold (CT 00133)
        One Corporate Center
        Hartford, CT 06103
        Telephone: (860) 882-1681
        Facsimile: (860) 882-1682
        E-mail: bnarwold@motleyrice.com