UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RYAN MERHOLZ and MELVYN KLEIN, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VINCENT K. MCMAHON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK, III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON, <br><br> Defendants, <br><br> -and- <br><br> WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Nominal Defendant. | Case No.: 3:20-cv-00557-VAB <br><br> Date: September 20, 2021 |
| DANIEL KOOI, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VINCENT K. MCMAHON, FRANK A. RIDDICK, III, JEFFREY R. SPEED, PATRICIA A. GOTTESMAN, STUART U. GOLDFARB, LAUREEN ONG, PAUL LEVESQUE, ROBYN W. PETERSON, STEPHANIE MCMAHON, MAN JIT SINGH, ALAN M. WEXLER, GEORGE A. | Case No.: 3:20-cv-00743-VAB |

[Caption Continued on Next Page]

| | |
|---|---|
| BARRIOS, and MICHELLE D. WILSON,<br><br>      Defendants,<br> -and-<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>      Nominal Defendant. | |
| RODNEY NORDSTROM, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>      Plaintiff,<br><br> v.<br><br>VINCENT K. MCMAHON, GEORGE A. BARRIOS, MICHELLE D. WILSON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, and PATRICIA A. GOTTESMAN,<br><br>      Defendants,<br> -and-<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>      Nominal Defendant. | Case No. 3:20-cv-00904-VAB |

[Caption Continued on Next Page]

| | |
|---|---|
| RYAN B. MERHOLZ and NICHOLAS JIMENEZ, Derivatively On behalf Of WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VINCENT K. MCMAHON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK, III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON, <br><br> Defendants, <br><br> -and- <br><br> WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Nominal Defendant. | Case No. 3:21-cv-00789-VAB |
| JESSE REZENDES, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VINCENT K. MCMAHON, GEORGE A. BARRIOS, and MICHELLE D. WILSON, <br><br> Defendants, <br><br> -and- <br><br> WORLD WRESTLING ENTERTAINMENT, INC., <br><br> Nominal Defendant | Case No. 3:21-cv-00793-VAB |

[Caption Continued on Next Page]

| | |
|---|---|
| CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC., <br><br>    Plaintiff, <br><br>  v. <br><br> VINCENT K. MCMAHON, GEORGE A. BARRIOS, and MICHELLE D. WILSON, <br><br>    Defendants, <br><br>  -and- <br><br> WORLD WRESTLING ENTERTAINMENT, INC., <br><br>    Nominal Defendant. | Case No. 3:21-cv-00930-VAB |

**DECLARATION OF WILLIAM H. NARWOLD IN SUPPORT OF SHAREHOLDERS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

I, William H. Narwold, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of Connecticut. I am a member of the law firm Motley Rice LLC, and my firm represents proposed intervenor Dennis Palkon in the above-captioned stockholder derivative actions. I have personal knowledge of the matters stated herein and, if called upon, I could and would testify competently thereto. I submit this Declaration in support of Shareholders' Unopposed Motion for Preliminary Approval of Settlement.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit A: Stipulation and Agreement of Settlement, executed September 17, 2021;

Exhibit B: Firm Resume of Motley Rice LLC;

Exhibit C: Firm Resume of Robbins LLP;

Exhibit D: Firm Resume of Bernstein Litowitz Berger & Grossmann LLP;

Exhibit E: *In re Rambus Inc. Derivative Litig.*, No. 5:06-cv-03513-JF, Order Preliminarily Approving Settlement (N.D. Cal. Oct. 30, 2008);

Exhibit F: *In re: MoneyGram Int'l, Inc. Derivative Litig.*, No. 0:09-cv-03208 DSD-JJG, Order Preliminarily Approving Settlement, Approving Notice and Scheduling Settlement Hearing (D. Minn. Apr. 1, 2010);

Exhibit G: *In re Comverse Tech., Inc. Derivative Litig.*, No. 2:06-cv-01849-NGG-RER, Preliminarily Approval and Scheduling Order (E.D.N.Y. Apr. 6, 2010);

Exhibit H: *In re Marvell Tech. Grp. Ltd. Derivative Litig.*, No. 5:06-cv-03894-RMW, Order Preliminarily Approving Derivative Settlement And Providing for Notice (N.D. Cal. May 21, 2009); and

Exhibit I: *Wandel, et al. v. Brenneman, et al.*, No. 2006 Civ. 117491, Order Preliminarily Approving Settlement, Approving Notice of Settlement, And Setting Schedule (Ga. Super. Ct.-Fulton Cty. Apr. 3, 2008).

I declare under penalty of perjury that the foregoing representations are true and correct. Executed this 20th day of September, 2021, at Hartford, Connecticut.

                                                                      */s/ William H. Narwold*
                                                                       WILLIAM H. NARWOLD

1543588

## CERTIFICATE OF SERVICE

      I hereby certify that on September 20, 2021, a copy of foregoing Declaration of William H. Narwold in Support of Shareholders' Unopposed Motion for Preliminary Approval of Settlement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**MOTLEY RICE LLC**

*/s/ William H. Narwold*
William H. Narwold (CT 00133)
One Corporate Center
Hartford, CT 06103
Telephone: (860) 882-1681
Facsimile: (860) 882-1682
E-mail: bnarwold@motleyrice.com